1
2

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

3   Leo Lionel Alvarez,

4                    Petitioner

5        v.

6   Steve B. Wolfson, et al.,

7                    Respondents

Case No. 2:24-cv-01255-CDS-BNW

**Order Denying Petitioner's Application to Proceed *in Forma Pauperis* and Granting Motion for Appointment of Counsel**

[ECF Nos. 1, 1-2]

8

9        This action is a petition for a writ of habeas corpus, under to 28 U.S.C. § 2254, by

10   Leo Lionel Alvarez, an individual incarcerated at Nevada's High Desert State Prison. Alvarez has

11   filed an application to proceed *in forma pauperis* (ECF No. 1), a petition for writ of habeas corpus

12   (ECF No. 1-1), and a motion for appointment of counsel (ECF No. 1-2).

13        The information in Alvarez's application to proceed *in forma pauperis* (ECF No. 1) shows

14   that he is able to pay the $5 filing fee for this action. Therefore, the application will be denied. The

15   court will, however, defer the matter of payment of the filing fee until after appointed counsel

16   appears for Alvarez.

17        The court has examined Alvarez's habeas petition pursuant to Rule 4 of the Rules

18   Governing Section 2254 Cases in the United States District Courts and determines that it merits

19   service upon the respondents. The court will order the petition served upon the respondents, and

20   will order the respondents to appear, but will not require any further action on the part of the

21   respondents at this time.

22        State prisoners not sentenced to death and applying for habeas corpus relief in federal

23   court are not entitled to appointed counsel unless the circumstances indicate that appointed

24   counsel is necessary to prevent due process violations. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir.

25   1986) (citing *Kreiling v. Field*, 431 F.2d 638, 640 (9th Cir. 1970) (per curiam)). The court may,

26   however, appoint counsel at any stage of the proceedings if the interests of justice so require. *See*

27   18 U.S.C. § 3006A; *see also* Rule 8(c), Rules Governing § 2254 Cases; *Chaney*, 801 F.2d at 1196. The

28   court determines that the interests of justice call for appointment of counsel in this case. The

1  court will grant Alvarez's motion for appointment of counsel and will appoint the Federal Public

2  Defender for the District of Nevada (FPD) to represent Alvarez.

3         IT IS THEREFORE ORDERED that the petitioner's application to proceed *in forma*

4  *pauperis* **[ECF No. 1]** is **DENIED**.

5         IT IS FURTHER ORDERED that the petitioner's motion for appointment of counsel

6  **[ECF No. 1-2] is GRANTED**. The Federal Public Defender for the District of Nevada is appointed

7  to represent the petitioner. If the FPD is unable to represent the petitioner, because of a conflict of

8  interest or any other reason, alternate counsel will be appointed. Counsel will represent the

9  petitioner in all federal court proceedings relating to this matter, unless allowed to withdraw.

10        IT IS FURTHER ORDERED that the Clerk of the Court is directed to electronically

11 serve upon the FPD a copy of this order, together with a copy of the petition for writ of habeas

12 corpus (ECF No. 1-1).

13        IT IS FURTHER ORDERED that the FPD will have 30 days from the date of this order to

14 file a notice of appearance, or to indicate to the court its inability to represent the petitioner in

15 this case.

16        IT IS FURTHER ORDERED that the requirement that the petitioner pay the filing fee

17 for this action is suspended. The court will set a deadline for the petitioner to pay the filing fee or

18 to file a new application to proceed *in forma pauperis* after appointed counsel appears for him.

19        IT IS FURTHER ORDERED that the Clerk of the Court is directed to add Aaron Ford,

20 Attorney General of the State of Nevada, as counsel for the respondents and to provide the

21 respondents an electronic copy of all items previously filed in this case by regenerating the Notice

22 of Electronic Filing to the office of the Attorney General only.

23        IT IS FURTHER ORDERED that the respondents will have 30 days from the date of this

24 order to appear in this action. The respondents will not be required to respond to the habeas

25 petition at this time.

26        Dated: August 8, 2024

27

28                                                    _____
                                                      Cristina D. Silva
                                                      United States District Judge

2