# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Leo Lionel Alvarez, | Case No. 2:24-cv-01255-CDS-BNW |
| Petitioner | **Order Granting Petitioner's Motion to Extend Time** |
| v. | |
| Steve B. Wolfson, et al., | [ECF No. 8] |
| Respondents | |

In this habeas corpus action, the petitioner, Leo Lionel Alvarez, represented by appointed counsel, was due to file an amended habeas petition by December 18, 2024. ECF No. 6. On December 18, Alvarez filed a motion for extension of time, requesting a 62-day extension, to February 18, 2025. ECF No. 8. This would be the first extension of this deadline. Alvarez's counsel states that the extension is necessary because of the time it has taken to obtain records and investigate the case. Alvarez's counsel represents that respondents do not oppose the extension of time. I find that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

Nothing in this order, or in any order extending time for an amended petition, is meant to affect in any manner the operation of any statute of limitations.

IT IS THEREFORE ORDERED that petitioner's motion for extension of time **[ECF No. 8] is GRANTED**, nun pro tunc to December 18, 2024. Petitioner will have until and including **February 18, 2025**, to file an amended petition for writ of habeas corpus. In all other respects, the schedule for further proceeding set forth in the scheduling order entered September 18, 2024 (ECF No. 6) will remain in effect.

Dated: December 19, 2024

_____
Cristina D. Silva
United States District Judge