UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Leo Lionel Alvarez,

        Petitioner

v.

Steve B. Wolfson, et al.,

        Respondents

Case No. 2:24-cv-01255-CDS-BNW

**Order Dismissing Action without Prejudice**

    In this habeas corpus action, on August 14, 2025, I entered an order requiring the petitioner, Leo Lionel Alvarez, who is represented by appointed counsel, to show cause why this action should not be dismissed without prejudice as redundant, as Alvarez has another habeas action pending in this Court. Order, ECF No. 14. On August 15, 2025, Alvarez responded, agreeing that this case is redundant and should be dismissed without prejudice. Resp., ECF No. 15. Respondents did not file a reply to Alvarez's response.

    I therefore order that this action is dismissed without prejudice.

    I further order that, because jurists of reason would not find it debatable whether this ruling is correct, I deny the petitioner a certificate of appealability.

    I further order that that the Clerk of Court is directed to enter judgment accordingly, and to close this case.

    Dated: August 28, 2025

                                        Cristina D. Silva
                                        United States District Judge